■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LISA FILIANO, Appellant. [635 NYS2d 472] —Appeal by the defendant from a judgment of the County Court, Nassau County (Calabrese, J.), rendered June 15, 1994, convicting her of criminal sale of a controlled substance in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to support a finding that she had knowledge of the weight of the controlled substance is unpreserved for appellate review *(see, People v Lawrence,* 85 NY2d 1002; *People v Gray,* 86 NY2d 10), and we decline to reach it in the exercise of our interest of justice jurisdiction.

The sentence imposed was neither harsh nor excessive *(see, People v Delgado,* 80 NY2d 780; *People v Suitte,* 90 AD2d 80). The defendant's remaining contention is without merit. Joy, J. P., Hart, Goldstein and Florio, JJ., concur.